UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


KAMELG HABIB ABEF NABY HABIB,

                    Petitioner,

v.                                        Action No.   2:26cv138

PAUL PERRY,
Caroline Detention Facility, and

LIANA CASTANO,
ICE Washington Field Office,

                    Respondents.


## FINAL ORDER

On February 9, 2026, petitioner Kamelg Habib Abef Naby Habib ("Habib"), previously a detainee of United States Immigration and Customs Enforcement ("ICE"), filed a petition pursuant to 28 U.S.C. § 2241 seeking release from immigration detention.  ECF No. 1, at 8.  On March 12, 2026, Habib was released from custody subject to certain written conditions.  ECF No. 13-1, at 2-9.[1]

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of

---

[1] Habib reported to the ICE Field Office as required on March 16, 2026, and is scheduled to appear on August 6, 2026.  ECF No. 13-11, at 3, 10-11.  He notified ICE of his residence in Attleboro, Massachusetts.  *Id.* at 7.

28 U.S.C. § 636(b)(1)(A) and (B) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.  ECF No. 5.  The Magistrate Judge's Report and Recommendation filed March 31, 2026, recommends that the petition for a writ of habeas corpus, ECF No. 1, be denied and dismissed without prejudice for lack of jurisdiction.  ECF No. 16.  The Report and Recommendation, which advised Habib of his right to file written objections to the findings and recommendations made by the Magistrate Judge, was mailed to Habib's residence in Attleboro, Massachusetts on April 3, 2026.  No objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that respondents' motion to dismiss for lack of jurisdiction, ECF No. 12, is **GRANTED,** and the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Habib is **ADVISED** that he may appeal from the judgment entered pursuant to this Final Order by filing **a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.**

2

The Clerk shall forward a copy of this Order to Habib at both his address of record with the Court and to his address in Attleboro, Massachusetts. The Clerk shall also forward a copy of this Final Order to counsel for respondents.

/s/
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

Norfolk, Virginia
May 19, 2026

3